IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JOANNA CROWE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 2:08-CV-0140-WCO |
| PENNCRO ASSOCIATES, INC., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice as to all claims.

Respectfully submitted,

THE LAW OFFICE OF KRIS SKAAR, P.C.

by:   /s/ Kris Skaar
Kris Skaar
Attorney for Plaintiff
Georgia Bar No. 649610

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA 30060
voice (770) 427 - 5600 ! fax (770) 427 - 9414
krisskaar@aol.com